**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**KENNETH RAY PITTS**                                                                      **PLAINTIFF**
**ADC #085938**

**v.**                                     **No: 5:19-cv-00343 JM-PSH**

**T. GIBSON,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pitts's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2.      Pitts's motion for filing under the PLRA (Doc. No. 3) is DENIED.

3.      Pitts has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

DATED this 18th day of November, 2019.


_____
UNITED STATES DISTRICT JUDGE