IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #085938**

v. No: 5:19-cv-00343 JM-PSH

**T. GIBSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 18th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE